Gonzalo V. GONZALEZ, Appellant,

v.

The STATE of Texas, Appellee.

No. 28083.

Court of Criminal Appeals of Texas.

April 4, 1956.

Paul Andow, El Paso, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The conviction is for driving an automobile upon a public street while intoxicated;

the punishment, 30 days in jail and a fine of $100.

The record contains no statement of facts, and what is denominated a bill of exception is but an unverified motion for new trial which is followed by the notation "Motion overruled. R. E. Crawford, Judge."

This does not constitute a certification by the trial judge that the matter complained of in fact occurred, and presents nothing for review.

The judgment is affirmed.